

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Certified Nutraceuticals, Inc

                        **Plaintiff,**

            V.

Avicenna Nutraceutical, LLC et al

                        **Defendant.**

**FILED** 7/10/2018
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: A. Corsello, Deputy

**Civil No.** 16-cv-2810-BEN-BGS

**STRICKEN DOCUMENT:**

Order Granting in Part Defendant's Motion for Summary Judgment

**Per Order #    46**

44