UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTIFIED NUTRACEUTICALS, INC., *a California Corporation*,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>AVICENNA NUTRACEUTICAL, LLC, *a Georgia Limited Liability Company*,<br><br>　　　　　　　　　　　Defendant. | Case No.: 3:16-cv-02810-BEN-BGS<br><br>**ORDER TO SHOW CAUSE WHY RULE 11 SANCTIONS SHOULD NOT BE IMPOSED** |

　　On or before **August 10, 2018**, Plaintiff is to file a brief not to exceed **five (5) pages** addressing why the Court should not impose joint and several monetary sanctions against Plaintiff, Plaintiff's CEO, Ahmad Alkayali, and Plaintiff's counsel, for misrepresenting the status of Plaintiff and/or Ahmad Alkayali as an assignee of U.S. Patent No. 6,323,319 in numerous filings, including declarations signed under penalty of perjury.  Defendant may file a response not to exceed **three (3) pages** on or before **August 17, 2018**.  A reply is not to be submitted absent further order of the Court.

　　**IT IS SO ORDERED.**

DATED: July 27, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge