UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 18 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CERTIFIED NUTRACEUTICALS, INC., a California corporation,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>AVICENNA NUTRACEUTICAL, LLC, a Georgia limited liability company; DOES, 1-10, inclusive,<br><br>        Defendants-Appellees. | No.   18-56631<br><br>D.C. No.<br>3:16-cv-02810-BEN-BGS<br>Southern District of California, San Diego<br><br>ORDER |

Appellant's motion to submit this case on the briefs (Dkt. 31) is granted.

This case will be submitted on April 3, 2020 and removed from the oral argument calendar.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Allison Fung
Deputy Clerk
Ninth Circuit Rule 27-7